```
                                              FILED
Deborah Elizabeth Gooch-Chasser
P O Box 1889                            2024 MAR 21  PM 3:59
Beverly Hills, California
           90213                        CLERK U.S. DISTRICT COURT
831-383-3437                            CENTRAL DIST. OF CALIF.
                                             LOS ANGELES
                                        BY____EEC____
```

United States District Court
Central District of California

Deborah Elizabeth Gooch-Chasser,
                    Plaintiff
                                        Case: 2:24-cv-01305
        v.                                    FMO-SK

State of California                     Motion of Reconsideration
Board of Supervisors - Los Angeles
City Attorney's Office - Los Angeles
                    Defendants

I plaintiff in the above Caption ask that court reconsider my case to be fairly heard. For the past 10 years I have repeatly filed claims with the Court of Theft of items to City Attorney Office and Los Angeles for Reimbursement of Loss. The City Attorney Office, Brian Son said that I return the documents to the that they would grant

1 of 2

US-Inspector General

My Claims, this is for Mail Theft, Lost of Property, & Injury of being Attacked, hotel expenses and nothing is ever done. This is Federal for FTC Identity Theft, Hacking into phone or computer, Lost of Passport, Reimbursement for Hotel Stay a while. City and County was too pay for this and all right failure to pursue Claim, LAPD failure to Protect, This case in completed They told me to seek Legal Advice, so you have Your Case Wrong. I filed with City Attorney's Office, they do nothing, same for the Board of Supervisor, State Bar refuse to reprimand their Judges, and Attorneys General Employees or Attorney with Bar No. do nothing. The Paralegal that messed up my Case Should Not been in Court Representing the State of California after 2 years of going to court intentionally injured myself.

Executed 21 March 2024

Deborah Elizabeth Hazel Basse
Dorothy Foster, Jimmy Scott

2 of 2