# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEBORAH ELIZABETH GOUCH–ONASSIS

PLAINTIFF(S)

v.

STATE OF CALIFORNIA , et al.

DEFENDANT(S).

CASE NUMBER:

2:24–cv–01305–FMO–SK

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 3/5/24 | 15 | Application to Efile |
| 3/5/24 | 16 | Notice of Lodging of Consent |

Case is closed.

Other:
Items [16] and [17] are blank

Dated: March 26, 2024

By: /s/ *Fernando M. Olguin*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)            ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)