FILED

_Deborah Elizabeth Good-Chassis_
_PO Box 1889_ (Address Line 1)
_Beverly Hills, CA 90213_ (Address Line 2)
_831-383-3437_ (Phone Number)
_Plaintiff_ in Pro Per
(indicate Plaintiff or Defendant)

2024 MAR 26   PM 3: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Deborah Elizabeth Good-Chassis_,                )   Case No.: 2-24-cv-01305
                                                  )   FMO SKx
        Plaintiff,                                )
                                                  )
    vs.                                           )   **PROOF OF SERVICE BY MAIL**
_State of California, et al_                     )
_Board of Supervisors - LA_                      )
_City Attorneys Office - LA_                     )
_____                    )
_____,                   )
        Defendant(s).                             )
_____                    )

I, _Michael Wayne Lee_, declare as follows:
(name of person serving documents)

My address is _431 S. Burnside Ave, APT. 7L_
_Los Angeles, CA 90036_____, which is located in the
county where the mailing described below took place.

On <u>22 March 2024</u>, I served the document(s) described as:
(date of mailing)

<u>Motion of Reconsideration</u>
(list the names of the documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in <u>Los Angeles, California</u>,
(city and state of mailing)

addressed to:

<u>State of California</u> (name)            <u>City Attorneys' Office</u> (name)
<u>Attorney General Office</u> (address)    <u>200 N. Main St.</u> (address)
<u>300 S. Spring St</u> (address)           <u>Los Angeles, CA</u> (address)
<u>Los Angeles, CA 90013</u> (address)      <u>90012</u> (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>22 March 24</u> at <u>Los Angeles, California</u>
            (date)                    (city and state of signing)

_____
(sign)
<u>Michael W. Lee</u>
(print name)

2

Pro Se Clinic Form                    Proof of Service