1  Deborah Elizabeth Gooch-Chassis
2  PO Box 1529 _(Address Line 1)_
3  Beverly Hills, CA _(Address Line 2)_
4  90213 _(Phone Number)_
5  Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)
6  831-383-3457

FILED
2024 MAR 26  PM 3:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deborah Elizabeth Gooch-Chassis,
  Plaintiff,
vs.
State of California, et al
Board of Supervisors - LA
City Attorney's Office - LA

  Defendant(s).

Case No.: 2-24-cv-01305 FMO SKx

**PROOF OF SERVICE BY MAIL**

I, Michael Wayne Lee, declare as follows:
(name of person serving documents)

My address is 431 S. Burnside Ave, Apt 7L
Los Angeles, CA 90036, which is located in the county where the mailing described below took place.

On _22 March 2024_, I served the document(s) described as:
(date of mailing)

_Motion of Reconsideration_
(list the names of the documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _Los Angeles, California_,
(city and state of mailing)

addressed to:

_State of California_ (name)     _Board of Supervisors_ (name)
_1021 O Street_ (address)        _500 W. Temple St_ (address)
_Suite 9000_ (address)           _Los Angeles, CA_ (address)
_Sacramento, CA 95814_ (address) _90012_ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _22 Mar 2024_ at _Los Angeles California_
            (date)              (city and state of signing)

_____ (sign)

_Michael W Lee_
(print name)